UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                      *Plaintiff,*        **NOTICE OF MOTION**

        v.                                   Case No. 16-cr-149

ROBERT J. STRACH,

                                        *Defendant.*

_____

S I R S :

        PLEASE TAKE NOTICE that upon the annexed affidavit of Justin D. Ginter, the undersigned moves this Court for an order adjourning the defendant's sentence currently scheduled for March 24, 2017 for an additional 30 days for reasons set forth in the affidavit annexed hereto and made a part hereof together with such other and further relief as to this Court may deem just and proper.

DATED:      Buffalo, New York
              March 8, 2017

                                Yours truly,

                                  HERBERT L. GREENMAN, ESQ.
                                  JUSTIN D. GINTER, ESQ.
                                  LIPSITZ GREEN SCIME CAMBRIA LLP
                                  Attorneys for Defendant
                                  ROBERT J. STRACH
                                  Office and Post Office Address
                                  42 Delaware Avenue - Suite 120
                                  Buffalo, New York 14202
                                  (716) 849-1333
                                  hgreenman@lgaw.com
                                  jginter@lglaw.com

TO:    SCOTT ALLEN, ESQ.
        ASSISTANT UNITED STATES ATTORNEY
        United States Attorney's Office
        138 Delaware Avenue
        Buffalo, New York   14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                            *Plaintiff,*           **AFFIDAVIT**

     v.                                                  Case No. 16-cr-149

ROBERT J. STRACH,

                                    *Defendant.*
_____

STATE OF NEW YORK  )
COUNTY OF ERIE      ) SS:
CITY OF BUFFALO    )

        JUSTIN D. GINTER, ESQ., being duly sworn, deposes and says:

        1.      I along with Herbert L. Greenman, represent the defendant Robert Strach.

        2.      Mr. Strach's sentence is currently scheduled for March 24, 2017.

        3.      I am in the process of preparing sentencing materials for Mr. Strach and, as a result, I am respectfully requesting an adjournment for Mr. Strach's sentence.

        4.      I am respectfully requesting that Mr. Strach's sentence be rescheduled for 30 days after March 24, 2017, so that I can adequately prepare for the sentence.

        5.      I spoke with Assistant United States Attorney Scott Allen on March 6, 2017, and the Government has no objection to this adjournment request.

WHEREFORE, counsel prays that Mr. Strach's sentence be adjourned for approximately 30 days together with such other and further relief as to this Court may seem just and proper.


/s/Justin D. Ginter
JUSTIN D. GINTER, ESQ.

Sworn to before me this
8th day of March, 2017.

s/ Rain M. Gerace
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Jan. 11, 2019

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————————

UNITED STATES OF AMERICA,

                                        *Plaintiff,*

          v.                                                    Case No. 16-cr-149

ROBERT J. STRACH,
                                        *Defendant.*

———————————————————————————

## CERTIFICATE OF SERVICE

          I hereby certify that on March 8, 2017 I electronically filed the foregoing on behalf of the interested parties with the Clerk of the District Court using the CM/ECF system.

          I hereby certify that on March 8, 2017 a copy of the foregoing was also delivered to the following using the CM/ECF System.


TO:     SCOTT ALLEN, ESQ.
        ASSISTANT UNITED STATES ATTORNEY
        United States Attorney's Office
        138 Delaware Avenue
        Buffalo, New York   14202


DATED:        Buffalo, New York
              March 8, 2017

                                        /s/Amanda E. Workman
                                        ———————————————
                                        Amanda E. Workman